STEELE *v.* THE STATE.—In error.

IT was held in this case, that so much of the sixth section of the act of the 7th of *February*, 1831, regulating fees and salaries, as directs the fine assessed upon an indictment for official negligence to be *for the use of the informer*, is unconstitutional; and that the judgment on a verdict against the defendant on such indictment, should be for the sum of, &c. *for the use of the county seminary.*